UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **MARK JAVERY** | ) | Civil Action No. 2:14-cv-02644-JCZ-SS |
| | ) | |
| versus | ) | Judge Jay C. Zainey, Section "A" |
| | ) | |
| **LOCKHEED MARTIN CORPORATION** | ) | Magistrate Judge Sally Shushan, Division "1" |
| | ) | |
| | ) | |

### DEFENDANT'S WITNESS AND EXHIBIT LIST

In accordance with the Court's Scheduling Order in this matter (R. Doc. 11), Defendant, Lockheed Martin Corporation (hereinafter "Defendant") respectfully submits its preliminary list of witnesses and exhibits that may be used in the trial of this matter. Defendant reserves the right to revise and/or supplement these lists as discovery progresses and/or additional information is obtained.

**I.    WITNESSES**

1. Nanette Hardin, Lockheed Martin Program Manager, may be contacted through counsel for Defendant.

2. Twanda Vaughan, Lockheed Martin Human Resources, may be contacted through counsel for Defendant.

3. Terrence Burrell, Lockheed Martin Propulsion Test Operations Manager, may be contacted through counsel for Defendant.

4. Michael Gans, Lockheed Martin Director of Human Resources, Exploration & Mission Support, may be contacted through counsel for Defendant.

5. Cherly Bennett , Lockheed Martin Component Processing Facility Manger, may be contacted through counsel for Defendant.

6. Teresa Bridges, Lockheed Martin Work Control Senior, may be contacted through counsel for Defendant.

7. Philip Kopfinger, Lockheed Martin Test Operations Contract Chief Engineer, may be contacted through counsel for Defendant.

1

8. Thomas Wolfe, Lockheed Martin Mechanical Engineer and Technician Lead, may be contacted through counsel for Defendant.

9. Individuals identified by Plaintiff in her witness list.

10. Corporate representatives of Defendant.

11. Any witness who may be needed to authenticate and/or explain any documents listed in Defendant's trial exhibit list.

Defendant reserves all rights under applicable rules to amend and/or supplement this witness list prior to and during trial. Any amendments or supplements may include, but are not limited to, any witnesses needed to rebut specific testimony offered at trial.

## II. EXHIBITS

1. MPR presented to customer in February, 2014.

2. MPR revised as directed by Plaintiff.

3. Pertinent emails.

4. Lockheed Martin Discipline Policy.

5. Preventative Maintenance Report, presented to NASA with explanation of March, April, 2014 overruns.

6. Work control emails reflecting Plaintiff's submission of changes outside of process.

7. Investigation report prepared by Michael Gans.

8. Denial of Plaintiff's termination appeal.

9. Documents reflecting generation of change codes for billing E-Complex or other project work to maintenance budget.

10. Relevant portions of Plaintiff's personnel and/or human resources files.

11. Relevant medical files of Plaintiff.

12. Relevant filers concerning Plaintiff's compensation and payroll history.

13. Relevant policies and procedures of Defendant.

14. Document obtained through third-party requests by Plaintiff and/or Defendant.

15. Any and all documents produced by Plaintiff and/or listed in Plaintiff's Initial Disclosures.

Defendant reserves all rights under applicable rules to amend and/or supplement this exhibit list prior to and during trial.  Any amendments or supplements may include, but are not limited to, any exhibits needed to rebut specific testimony offered at trial.

Respectfully submitted,

*/s/ Elvige Cassard*
Elvige Cassard, La. Bar No. 19386
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
701 Poydras Street, Suite 3500
New Orleans, Louisiana  70139
Telephone:  (504) 648-3840
Facsimile:  (504) 648-3859
Email: elvigecassard@ogletreedeakins.com

*Attorney for Lockheed Martin Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served on all counsel of record via the Court's Case Management Electronic Case Filing system.

This 18th day of December, 2015.

*/s/Elvige Cassard*
Elvige Cassard

23308300.1